# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLEVELAND THORNTON

NO. 2019 KW 0616

## SEP 17 2019

In Re:   Cleveland Thornton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-17-0680.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**
**VGW**
**WJC**

    **Guidry, J.,** dissents.   Relator should not have been required to register as a sex offender under La. R.S. 15:542(A)(2), which requires registration and notification for a juvenile who has pled guilty or been convicted of a sex offense provided for in Children's Code Articles 305 and 857.   Through a guilty plea, relator was convicted of indecent behavior with juveniles, an offense not listed in Article 305 or as a transfer basis in Article 857.   See **State v. Newton**, 2012-510 (La. App. 3rd Cir. 2/13/13), 129 So.3d 11, writ denied, 2013-0595 (La. 10/11/13), 123 So.3d 1214.   Accordingly, the trial court's denial of relator's motion to quash should be reversed.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT